When Recorded Return To:
Nationstar Mortgage LLC
C/O Nationwide Title Clearing, Inc.
2100 Alt. 19 North
Palm Harbor, FL 34683

R2015059482
KAREN A. STUKEL
WILL COUNTY RECORDER
RECORDED ON
07/17/2015 12:22:50 PM
REC FEE: 66.75
IL RENTAL HSNG: 9.00
PAGES: 2
BBMSB

## ASSIGNMENT OF MORTGAGE

Regarding this instrument, contact Nationstar Mortgage, LLC, 4000 Horizon Way, Irving, TX 75063, telephone # 972-956-6320, which is responsible for receiving payments.
FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, **SPRINGLEAF FINANCIAL SERVICES OF ILLINOIS, INC. F/K/A AMERICAN GENERAL FINANCIAL SERVICES OF ILLINOIS, INC.**, WHOSE ADDRESS IS 601 N.W. SECOND St., EVANSVILLE, IN, 47708, (ASSIGNOR), by these presents does convey, grant, assign, transfer and set over the described Mortgage with all interest secured thereby, all liens, and any rights due or to become due thereon to **U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE FOR SPRINGLEAF MORTGAGE LOAN TRUST 2013-3**, WHOSE ADDRESS IS C/O 4000 HORIZON WAY, IRVING, TX 75063, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE).
Said Mortgage is dated 03/14/2007, and made by **ZIGMAS MIKUZIS AND DONNA MIKUZIS** to **AMERICAN GENERAL FINANCIAL SERVICES OF ILLINOIS, INC.** and recorded in the records of the Recorder or Registrar of Titles of **WILL** County, **Illinois**, in **Document # R 2007040529**.
Upon the property situated in said State and County as more fully described in said Mortgage or herein to wit:
    SEE ATTACHED EXHIBIT A
Tax Code/PIN: 06-09-201-023
Modification: DATED DATE 07/01/2010 RECOD DATE 06/29/2010 INST R2010065582 Modification: DATED DATE 07/01/2010 RECOD DATE 06/30/2010 INST R2010065580 Modification: DATED DATE 07/27/2010 RECOD DATE 06/31/2010 INST R2010075644 Modification: DATED DATE 11/01/2011 RECOD DATE 10/31/2011 INST R2011102458.
Property is commonly known as: 620 EDGEBROOK DR, SHOREWOOD, IL 60431.
Dated this 17th day of July in the year 2015
**SPRINGLEAF FINANCIAL SERVICES OF ILLINOIS, INC. F/K/A AMERICAN GENERAL FINANCIAL SERVICES OF ILLINOIS, INC.**

_[signature]_
**DANIELLE BURNS**
**VICE PRESIDENT**

All persons whose signatures appear above are employed by NTC, have qualified authority to sign and have reviewed this document and supporting documentation prior to signing.

STATE OF FLORIDA    COUNTY OF PINELLAS
The foregoing instrument was acknowledged before me on this 17th day of July in the year 2015, by Danielle Burns as VICE PRESIDENT of SPRINGLEAF FINANCIAL SERVICES OF ILLINOIS, INC. F/K/A AMERICAN GENERAL FINANCIAL SERVICES OF ILLINOIS, INC., who, as such VICE PRESIDENT being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.

_[signature]_
**NICOLE BALDWIN**
**COMM EXPIRES: 08/05/2016**

Nicole Baldwin
Notary Public State of Florida
My Commission # EE 222285
Expires August 5, 2016

Document Prepared By: E.Lance/NTC, 2100 Alt. 19 North, Palm Harbor, FL 34683 (800)346-9152

Description: Will,IL Document (W) - Year.DocID 2015.59482 Page: 1 of 2
Order: 5633 Comment:

EXHIBIT A

The following described Real Estate situated in the County of Will in the State of Illinois, to wit:

Lot 70, in First Addition to Brook Forest North, a subdivision of part of the Northeast 1/4 of Section 9, Township 35 North, Range 9, East of the third Principal Meridian, according to the plat thereof recorded April 13, 1973, as Document No. R73-10408, and Certificate of Correction recorded May 14, 1973, as Document No. R73-13574, in Will County, Illinois.

Subject to 1995 and subsequent years Real Estate Taxes and to easements and restrictions of record.

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois.

PIN# 06-09-201-023

Description: Will,IL Document (W) - Year.DocID 2015.59482 Page: 2 of 2
Order: 5633 Comment:

R2018034575
KAREN A. STUKEL
WILL COUNTY RECORDER
RECORDED ON
05/23/2018 09:27:19 AM
REC FEE: 38.75
IL RENTAL HSNG: 9.00
PAGES: 3
JAD

space reserved for recording information

# RECORDING COVER SHEET FOR
# ASSIGNMENT OF MORTGAGE

Re:   18-086095, Zigmas Mikuzis and Donna Mikuzis a/k/a Donna M. Mikuzis, 620 Edgebrook Drive, Shorewood, IL 60431

Mail To:
Shapiro Kreisman & Associates, LLC
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015

Recording Requested By:
NATIONSTAR MORTGAGE DBA MR. COOPER

When Recorded Return To:

DOCUMENT ADMINISTRATION
NATIONSTAR MORTGAGE DBA MR. COOPER
8950 CYPRESS WATERS BLVD
COPPELL, TX 75019

## CORPORATE ASSIGNMENT OF MORTGAGE

"MIKUZIS"

Date of Assignment: April 30th, 2018
Assignor: U.S. BANK NATIONAL ASSOCIATION AS INDENTURE TRUSTEE FOR SPRINGLEAF MORTGAGE LOAN TRUST 2013-3, BY NATIONSTAR MORTGAGE LLC, ITS ATTORNEY-IN-FACT at 8950 CYPRESS WATERS BLVD, COPPELL, TX 75019
Assignee: U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS INDENTURE TRUSTEE FOR THE CIM TRUST 2017-8 MORTGAGE-BACKED NOTES, SERIES 2017-8 at 4000 HORIZON WAY, IRVING, TX 75063

Executed By: MIKUZIS, ZIGMAS AND MIKUZIS, DONNA, NOT AS TENANTS IN COMMON OR AS JOINT TENANTS BUT AS TENANTS BY THE ENTIRETY MARRIED  To: AMERICAN GENERAL FINANCIAL SERVICES OF ILLINOIS, INC.
Date of Mortgage: 03/14/2007 Recorded: 03/15/2007 as Instrument No.: R2007040529 In the County of Will, State of Illinois.

Assessor's/Tax ID No. 05-06-09-201-023-0000

Property Address: 620 EDGEBROOK DR, SHOREWOOD, IL 60431

Legal: LOT 70, IN FIRST ADDITION TO BROOK FOREST NORTH, A SUBDIVISION OF PART OF THE NORTHEAST 1/4 OF SECTION 9, TOWNSHIP 35 NORTH, RANGE 9, EAST OF THE THIRD PRINCIPAL MERIDIAN, ACCORDING TO THE PLAT THEREOF RECORDED APRIL 13, 1973, AS DOCUMENT NO. R73-10408, AND CERTIFICATE OF CORRECTION RECORDED MAY 14, 1973, AS DOCUMENT NO. R73-13574, IN WILL COUNTY, ILLINOIS.

   KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Mortgage having an original principal sum of $196,000.00 with interest, secured thereby, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's interest under the Mortgage.

   TO HAVE AND TO HOLD the said Mortgage, and the said property unto the said Assignee forever, subject to the terms contained in said Mortgage.

CORPORATE ASSIGNMENT OF MORTGAGE Page 2 of 2

U.S. BANK NATIONAL ASSOCIATION AS INDENTURE TRUSTEE FOR SPRINGLEAF MORTGAGE LOAN TRUST 2013-3, BY NATIONSTAR MORTGAGE LLC, ITS ATTORNEY-IN-FACT
On April 30th, 2018

By: _____
TSEDALE ALEMU, Vice-President

STATE OF Texas
COUNTY OF Dallas

On April 30th, 2018, before me, DANIELA HORVATH, a Notary Public in and for Dallas in the State of Texas, personally appeared TSEDALE ALEMU, Vice-President, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

_____
DANIELA HORVATH
Notary Expires: 01/27/2020 #128862890

DANIELA HORVATH
Notary Public, State of Texas
Comm. Expires 01-27-2020
Notary ID 128862890

(This area for notarial seal)

Prepared By: Bernardo Hernandez, NATIONSTAR MORTGAGE DBA MR. COOPER 8950 CYPRESS WATERS BLVD, COPPELL, TX 75019 1-888-480-2432